<table>
<tr><td>

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number *(if known)* _____    Chapter __11__

</td></tr>
</table>

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Fort Tryon Tower SPE LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **13-4332039** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **295 Madison Ave**<br>**Fl 20**<br>**New York, NY 10017-6358**<br>Number, Street, City, State & ZIP Code | |
| | | | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **New York**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | **1 Bennett Ave New York, NY 10033-3627**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    __Fort Tryon Tower SPE LLC_____    Case number (*if known*) _____
    Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5313__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ☒ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ☐ No

☒ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | Jackson Overlook Corp. | Relationship | Affiliate |
| District | Southern New York | When | Case number, if known | 18-12465 |

| Debtor | Fort Tryon Tower SPE LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

Where is the property? _____

Number, Street, City, State & ZIP Code

Is the property insured?

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    __Fort Tryon Tower SPE LLC_____    Case number (*if known*) _____
          Name

▓▓▓▓    **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment
for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature**
    **of authorized**
    **representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __May  9, 2019_____
               MM / DD / YYYY

X _____        __William Henrich_____
   Signature of authorized representative of debtor    Printed name

Title    __Chief Restructuring Officer_____

18. **Signature of attorney**    X _____        Date __May  9, 2019_____
                                     Signature of attorney for debtor                         MM / DD / YYYY

                                 __Kevin J. Nash_____
                                 Printed name

                                 __Goldberg Weprin Finkel Goldstein LLP_____
                                 Firm name

                                 __1501 Broadway 22nd Floor_____
                                 __New York, NY 10036_____
                                 Number, Street, City, State & ZIP Code

                                 Contact phone __(212) 221-5700_____    Email address __knash@gwfglaw.com_____

                                 __Kevin J. Nash_____
                                 Bar number and State

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re:                                                          Chapter 11

Fort Tryon Tower SPE LLC,                                       Case No.

                            Debtor.
---------------------------------------------------------------x

## <u>DECLARATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2</u>

William Henrich declares the following under penalties of perjury pursuant to 28 U.S.C. §1746:

1.    I am the Chief Restructuring Officer of Jackson Overlook Corp. ("Jackson"), the 100% equity holder of Fort Tryon Tower SPE LLC ("Fort Tryon SPE"), with due authority to act on behalf of Jackson and Fort Tryon SPE (collectively, the "Debtors"). Pursuant to the rights conferred on me in accordance with the parties' Stipulation and Order dated April 24, 2019 (the "Global Settlement") I have authority to cause this Chapter 11 filing on behalf of Fort Tryon SPE.

2.    The Global Settlement resolves all disputes between the Debtors and Fort Tyron Overlook LLC, as lender (the "Lender") and contemplates the filing of this Chapter 11 case to implement a comprehensive sale and marketing plan for the Debtors' property as defined below.

3.    Specifically, Fort Tryon SPE owns certain real property located in the Hudson Heights section of Manhattan at 1 Bennett Park, New York, NY (also known as 33-35 Overlook Terrace, 730-734 West 184th Street, and 524 Fort Washington Avenue) (Block 2180, Lots 62 and Part of 63 and 64) (the "Property").

1

4.      The Property is the site of an intended, but still incomplete 23-story, 114 unit residential development project that was originally scheduled to be open years ago, but ran into a host of problems and challenges.

5.      With the execution of the Global Settlement, the parties are committed to proceeding with an auction sale of the Property pursuant to proposed bidding procedures which have been carefully negotiated as part of the Global Settlement.

6.      I will be overseeing the sale and the auction process, and intend to seek the retention of Ariel Property Advisors, LLC and Keen-Summit Capital Partners LLC as co-brokers

**Local Rule 1007-2 Disclosures**

7.      Pursuant to Local Rule 1007-2(a)(2) and (3), no committees were formed prior to the filing of the Petition.

8.      Pursuant to Local Rule 1007-2(a)(4), a list of the names and address of the creditors holding the 20 largest unsecured claims against Fort Tryon SPE is attached hereto.

9.      Pursuant to Local Rule 1007-2(a)(5), Fort Tryon SPE has one secured creditor, FTO LLC, which holds a lien against the Property in the amount of approximately $44,733,654.73.

10.     Pursuant to Local Rule 1007-2(a)(6), a summary of the assets and liabilities of Fort Tryon SPE will be set forth in the Schedules.

11.     Pursuant to Local Rule 1007-2(a)(7), Jackson is Fort Tryon SPE's sole equity security holder.

12.     Pursuant to Local Rule 1007-2(a)(8), none of Fort Tryon SPE's assets are in the hands of a third party.

13.     Pursuant to Local Rule 1007-2(a)(9), the Debtor owns the Property.

2

14.     Pursuant to Local Rule 1007-2(a)(10), the Debtor's books and records going forward will be maintained by me at my offices.

15.     Pursuant to Local Rule 1007-2(a)(11), there are no pending lawsuits.

16.     Pursuant to Local Rule 1007-2(a)(12), my compensation, and that of my firm, Getzler Henrich & Associates LLC, remains subject to Bankruptcy Court approval. Contemporaneously herewith, I will seek Bankruptcy Court approval of my retention as Chief Restructuring Officer.

17.     The budgets for expenses during the Chapter 11 cases are annexed to the motion to approve the Global Settlement.

Dated: New York, NY
       May __, 2019

                                        William Henrich

3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                               Chapter 11

Fort Tryon Tower SPE LLC,                            Case No.

                              Debtor.

-----------------------------------------------------------x

## <u>EQUITY INTEREST HOLDERS</u>

Jackson Overlook Corp.        100%

Dated: New York, New York
       May 9, 2019

                         Fort Tryon Tower SPE LLC

                         By: _____
                             Name:  William Henrich
                             Title:  Chief Restructuring Officer

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

In re:                                                    Chapter 11

Fort Tryon Tower SPE LLC,                                  Case No.

                                    Debtor.

--------------------------------------------------------------x

## SCHEDULE OF LAWSUITS

None.

Dated: New York, New York
       May 9, 2019

                         Fort Tryon Tower SPE LLC

                         By:  _____
                              Name:  William Henrich
                              Title:   Chief Restructuring Officer

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                                    Chapter 11

Fort Tryon Tower SPE LLC,                                  Case No.

                              Debtor.
-----------------------------------------------------------x

## RULE 7.1 CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Fort Tryon Tower SPE LLC hereby

certifies that it is a private, non-governmental party, and has no corporate parent, affiliates and/or

subsidiaries which are publicly held.


Dated: New York, New York
       May 9, 2019

                              Fort Tryon Tower SPE LLC

                              By: _____
                                  Name: William Henrich
                                  Title:  Chief Restructuring Officer

Fill in this information to identify the case:

Debtor name    Fort Tryon Tower SPE LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known):

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Fort Tryon Jewish Center 809 W 181st St # 155 New York, NY 10033-4516 | | For notice purposes | Unliquidated Disputed | | | $0.00 |
| Fort Tryon Overlook LLC c/o Amalgamated Bank 275 7th Ave New York, NY 10001-6708 | | Mortgage loan | | $44,733,654.73 | $0.00 | $44,733,654.73 |
| Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346 | | For notice purposes | Unliquidated Disputed | | | $0.00 |
| NYC Department of Finance PO Box 3644 New York, NY 10008-3644 | | For notice purposes | Unliquidated Disputed | | | $0.00 |
| NYC Environmental Control Board 66 John St Fl 10 New York, NY 10038-3772 | | For notice purposes | Unliquidated Disputed | | | $0.00 |
| NYS Dep't of Taxation Bankruptcy/Special Procedure PO Box 5300 Albany, NY 12205-0300 | | For notice purposes | Unliquidated Disputed | | | $0.00 |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

---

**Fill in this information to identify the case:**

Debtor name   **Fort Tryon Tower SPE LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known)   _____

☐ Check if this is an
amended filing

---

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☒  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒  *Schedule H: Codebtors* (Official Form 206H)
☒  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☒  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May  9, 2019**         X _____
                              Signature of individual signing on behalf of debtor

                              **William Henrich**
                              Printed name

                              **Chief Restructuring Officer**
                              Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Fort Tryon Tower SPE LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. Does the debtor have any cash or cash equivalents?

☑ No. Go to Part 2.
☐ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. Does the debtor have any accounts receivable?

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

13. Does the debtor own any investments?

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. Does the debtor own any inventory (excluding agriculture assets)?

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 1

Debtor   __Fort Tryon Tower SPE LLC_____     Case number *(if known)* _____
       Name

---

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes Fill in the information below.

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **1 Bennett Ave, New York, NY 10033-3627 Also known as 33-35 Overlook Terrace, 730-734 West 184th Street, and 524 Fort Washington Avenue, (Block 2180, Lots 62 and Part of 63 and 64)** | | $0.00 | | unknown |

---

**56.   Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

                                                                                          $0.00

**57.   Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.   Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor    __Fort Tryon Tower SPE LLC_____    Case number *(if known)* _____
          Name

## Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor    __Fort Tryon Tower SPE LLC_____    Case number *(if known)* _____
                Name

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form
Type of property

|  | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $0.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9*....................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. Total. Add lines 80 through 90 for each column | $0.00 + 91b. | $0.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $0.00 |

Fill in this information to identify the case:

Debtor name    **Fort Tryon Tower SPE LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Fort Tryon Overlook LLC<br>Creditor's Name<br><br>c/o Amalgamated Bank<br>275 7th Ave<br>New York, NY 10001-6708<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**1 Bennett Ave, New York, NY 10033-3627 Also known as 33-35 Overlook Terrace, 730-734 West 184th Street, and 524 Fort Washington Avenue,  (Block 2180, Lots 62 and Part of 63 and 64)**<br><br>Describe the lien | $44,733,654.73 | $0.00 |
| | Is the creditor an insider or related party?<br>☒ No<br>☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>☐ No | | |
| Date debt was incurred | ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Last 4 digits of account number | | | |
| Do multiple creditors have an interest in the same property?<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$44,733,654.73

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Kramer Levin Naftalis & Frankel<br>1177 Sixth Avenue<br>New York, NY 10036-27 | Line  **2.1** | |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

---

**Fill in this information to identify the case:**

Debtor name    **Fort Tryon Tower SPE LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

---

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | **$0.00** | **$0.00** |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |

| 2.2 | Priority creditor's name and mailing address<br>**NYC Department of Finance**<br><br>**PO Box 3644**<br>**New York, NY 10008-3644** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | **$0.00** | **$0.00** |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |

---

| Debtor | Fort Tryon Tower SPE LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.3** Priority creditor's name and mailing address
**NYC Environmental Control Board**

66 John St Fl 10
New York, NY 10038-3772

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☒ No
☐ Yes

$0.00   $0.00

---

**2.4** Priority creditor's name and mailing address
**NYS Dep't of Taxation**
**Bankruptcy/Special Procedure**
PO Box 5300
Albany, NY 12205-0300

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☒ No
☐ Yes

$0.00   $0.00

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
**Fort Tryon Jewish Center**

809 W 181st St # 155
New York, NY 10033-4516

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** New York City Department of Law Attn: Bernadette M. Brennan, Esq. 100 Church St Ofc New York, NY 10007-2601 | Line 2.2  ☐ Not listed. Explain ____ | — |
| **4.2** New York State Attorney General 120 Broadway New York, NY 10271-0002 | Line 2.4  ☐ Not listed. Explain ____ | — |

---

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

Official Form 206 E/F        Schedule E/F: Creditors Who Have Unsecured Claims        Page 2 of 3

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor    __Fort Tryon Tower SPE LLC_____    Case number (if known) _____
          Name

| | | | | Total of claim amounts | |
|---|---|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $ | | 0.00 |
| 5b. Total claims from Part 2 | | 5b. + | $ | | 0.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | | 5c. | $ | | 0.00 |

Fill in this information to identify the case:

Debtor name          **Fort Tryon Tower SPE LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☒ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official
Form 206A/B).

**2. List all contracts and unexpired leases**                    **State the name and mailing address for all other parties with
                                                                   whom the debtor has an executory contract or unexpired
                                                                   lease**

2.1    State what the contract or
       lease is for and the nature
       of the debtor's interest

       State the term remaining

       List the contract number of
       any government contract     _____    _____


2.2    State what the contract or
       lease is for and the nature
       of the debtor's interest

       State the term remaining

       List the contract number of
       any government contract     _____    _____


2.3    State what the contract or
       lease is for and the nature
       of the debtor's interest

       State the term remaining

       List the contract number of
       any government contract     _____    _____


2.4    State what the contract or
       lease is for and the nature
       of the debtor's interest

       State the term remaining

       List the contract number of
       any government contract     _____    _____

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Fill in this information to identify the case:

Debtor name **Fort Tryon Tower SPE LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Jackson Overlook Corp. | Getzler Henrich & Associates LLC 295 Madison Ave Fl 20 New York, NY 10017-6358 | Fort Tryon Overlook LLC | ☒ D  2.1 ☐ E/F ____ ☐ G ____ |
| 2.2 | Jacqueline Thompson | Robert Dakis, Esq. Morrison Cohen LLP  909 Third Avenue New York, NY 10022 | Fort Tryon Overlook LLC | ☒ D  2.1 ☐ E/F ____ ☐ G ____ |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

---

Fill in this information to identify the case:

Debtor name **Fort Tryon Tower SPE LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:**  Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................. $ _____ 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................... $ _____ 0.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................. $ _____ 0.00

**Part 2:**  Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*..................... $ _____ 44,733,654.73

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................. $ _____ 0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................. +$ _____ 0.00

4.   **Total liabilities** .........................................................................................
    Lines 2 + 3a + 3b

$ _____ 44,733,654.73

---

**United States Bankruptcy Court**
**Southern District of New York, Manhattan Division**

IN RE: _____    Case No. _____

Fort Tryon Tower SPE LLC _____    Chapter 11 _____
_____
Debtor(s)

### VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: May  9, 2019 _____    Signature: _____

William Henrich, Chief Restructuring Officer            Debtor

Date: _____    Signature: _____

Joint Debtor, if any

© 2019 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Fort Tryon Jewish Center
809 W 181st St # 155
New York, NY   10033-4516


Fort Tryon Overlook LLC
c/o Amalgamated Bank
275 7th Ave
New York, NY   10001-6708


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA   19101-7346


Jackson Overlook Corp.
Getzler Henrich & Associates LLC
295 Madison Ave Fl 20
New York, NY   10017-6358


Jacqueline Thompson
Robert Dakis, Esq.
 Morrison Cohen LLP   909 Third Avenue
New Yoik, NY   10022


New York City Department of Law
Attn: Bernadette M. Brennan, Esq.
100 Church St Ofc
New York, NY   10007-2601

New York State Attorney General
120 Broadway
New York, NY  10271-0002


NYC Department of Finance
PO Box 3644
New York, NY  10008-3644


NYC Environmental Control Board
66 John St Fl 10
New York, NY  10038-3772


NYS Dep't of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY  12205-0300